## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**OPTUM, INC., et al.**                                                     **PLAINTIFFS**

**v.**                          **No. 4:25-cv-00598-LPR**

**RODNEY RICHMOND, et al.**                                          **DEFENDANTS**

### ORDER

This case is closely related to several other cases previously filed in the Eastern District of Arkansas.[1]  In the interest of judicial economy and consistent rulings, the Clerk of the Court is directed to immediately transfer this case to the Honorable Brian S. Miller.

IT IS SO ORDERED this 24th day of June 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] *Express Scripts, Inc. et al. v. Richmond et al.*, Case No. 4:25-cv-00520-BSM; *CVS Pharmacy, Inc. et al. v. Arkansas State Board of Pharmacy et al.*, Case No. 4:25-cv-00524-BSM; *Pharm. Care Mgmt. Ass'n et al. v. Arkansas State Board of Pharmacy et al.*, Case No. 4:25-cv-00561-BSM.